IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

FRANK A. ROTHGERY, III,

Defendant.

Case No. 3:00-cv-163-HRH

PROPOSED
ORDER TO RELEASE PFD FUNDS

Plaintiff's motion to release attached Permanent Fund Dividend funds is hereby GRANTED.

The attached funds, in the amount of $1,104.96 be released from the Registry by the Clerk of Court by check made payable to the U.S. Department of Justice and forwarded to the Office of the United States Attorney's Office for the District of Alaska  as payment toward defendant's judgment debt.

IT IS SO ORDERED.

DATED:_____

_____
H. RUSSEL HOLLAND
JUDGE U.S. DISTRICT COURT