IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

```
UNITED STATES OF AMERICA,         )
                                  )
                Plaintiff,        )
                                  )
        vs.                       )
                                  )
FRANK A. ROTHGERY, III,           )
                                  )    No. 3:00-cv-0163-HRH
                Defendant.        )
_____)
```

<u>ORDER TO RELEASE PFD FUNDS</u>

Plaintiff's motion to release attached Permanent Fund Dividend funds[1] is hereby GRANTED.

The attached funds, in the amount of $1,104.96 be released from the Registry by the Clerk of Court by check made payable to the U.S. Department of Justice and forwarded to the Office of the United States Attorney's Office for the District of Alaska as payment toward defendant's judgment debt.

IT IS SO ORDERED.

DATED at Anchorage, Alaska, this <u>22nd</u> day of January, 2007.

/s/ H. Russel Holland
United States District Judge

---

[1]   Clerk's Docket No. 24.

- 1 -